IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v                                                                                      Case No. 6:24-cr-129-RBD-DCI

**MONICSABEL ROMERO SOTO**
_____/

**MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE
TO ALLOW DEFENDANT TO CHANGE HER RESIDENCE**

Defendant, Monicsabel Romero Soto, through her undersigned counsel moves for authorization to change her residence while on pretrial release. In support of this motion, Ms. Romero Soto states the following:

1. On April 25, 2024, Ms. Romero Soto was released on conditions, which included that she reside at the home of Aslin Berrios, on Island Circle, in Kissimmee, Florida. Doc. 16.

2. Ms. Berrios was named third-party custodian by the Court.

3. At the time of Ms. Romero Soto's arrest, her mother, Millyana Soto Acosta, had just traveled to Central Florida from Puerto Rico to assist with caring for her two granddaughters.

4. Since that time, she has rented an apartment located at on Isaacville Drive, in Orlando, Florida. This two-bedroom apartment has one bedroom for Millyana and/or the Defendant and one bedroom to be shared by the two minor children.

5. Currently, the two minor children are in the care of the state, but as soon as

the Defendant is living in a situation with appropriate arrangements for her children to join her, the state will initiate an assessment of the home so that mother and children can be reunified. (see Ex. 1)

6. Ms. Romero Soto has complied with all conditions of her pretrial release to date and has obtained employment at Vistar, alongside her third-party custodian, Aslin Berrios.

7. Assistant United States Attorney Stephanie McNeff could not be reached for her position on this motion due to being in trial.

## *MEMORANDUM*

Under 18 U.S.C. §3142, courts are authorized to release defendants on conditions that are designed to protect the public and assure that a defendant will appear in court. Courts are authorized under 18 U.S.C. § 3142(c)(B)(iv) to restrict personal associations, places of abode and travel, and employment with the overriding caveat that the "least restrictive" condition should be used. Allowing Ms. Romero Soto to relocate to a different apartment where she can be reunified with her children does not create a danger to the community nor increase the likelihood of non-appearance. Rather, Ms. Romero Soto has proven via her compliance with multiple conditions that she will appear as directed and poses no danger to the public.

**WHEREFORE**, this Court is respectfully asked to modify the conditions of release and authorize Ms. Romero Soto to relocate her residence.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** the foregoing *Motion to Modify Conditions of Pretrial Release to Allow Defendant to Change Her Residence* was electronically filed with the

Clerk of Court using the CM/ECF system that will automatically send a notice of electronic filing to AUSA Stephanie McNeff and AUSA Dana Hill this 25th day of June, 2024.

                                                _____
                                                Susan M. Malove, B.C.S.
                                                Florida Bar No. 0072126
                                                MALOVE LAW, P.A.
                                                390 N. Orange Ave., Ste. 2300
                                                Orlando, FL 32801
                                                Telephone: (407)374-2727
                                                Fax: (407)374-2734
                                                susan@malovelaw.com



*Bringing Families Together For A Bright Future.*

June 17, 2024

To whom it may concern:

My name is Christopher Richardson, and I am the Dependency Case Manager for Monicsabel Romero Soto's active dependency case.

Case management is working with the mother, Monicsabel Romero Soto, so that she can be reunified with her children, that she has identified her mother's residence as where she plans to be reunified with her children and, as such, that the home will be assessed once she relocates there to determine if it is safe and stable residence for the mother and the children.

If you have any questions or concerns, please reach out to me. My email is chris.richardson@FPOCF.org. My phone number is 727-294-6852.

Thank you,

Christopher Richardson
Dependency Case Manager
Camelot Community Care

Sophia Ordonez
Dependency Case Manager Supervisor
Camelot Community Care

www.CamelotCommunityCare.org